

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-19-00450-CR

**EX PARTE** Robert **METZGER**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7000
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    The Motion for Extension of Time to File State's Brief is hereby GRANTED. The State's brief is due on or before October 9, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court